# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  STEVEN R. HELSER & PENNY E. HELSER  Case Number: 06-71321
2927 COLEMAN AVENUE  SSN-xxx-xx-2902 & xxx-xx-9367
ROCKFORD, IL  61101

Case filed on: 7/28/2006
Plan Confirmed on: 2/23/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,595.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY DAVID H CARTER | 3,000.00 | 3,000.00 | 734.74 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 734.74 | 0.00 |
| 004 | TOBY PEPPERS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | STEVEN R. HELSER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HSBC | 16,000.00 | 16,000.00 | 2,100.01 | 554.77 |
| 002 | WELLS FARGO HOME MORTGAGE INC | 31,285.49 | 0.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO HOME MORTGAGE INC | 3,506.85 | 3,506.85 | 0.00 | 0.00 |
|  | Total Secured | 50,792.34 | 19,506.85 | 2,100.01 | 554.77 |
| 001 | HSBC | 2,018.95 | 2,018.95 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 434.12 | 434.12 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 421.84 | 421.84 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 514.23 | 514.23 | 0.00 | 0.00 |
| 008 | CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COM ED | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 441.30 | 441.30 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 437.34 | 437.34 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 626.29 | 626.29 | 0.00 | 0.00 |
| 013 | CREDITORS PROTECTION SERVICE, INC | 219.40 | 219.40 | 0.00 | 0.00 |
| 014 | RRWRD | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 5,113.47 | 5,113.47 | 0.00 | 0.00 |
|  | Grand Total: | 58,905.81 | 27,620.32 | 2,834.75 | 554.77 |

Total Paid Claimant: $3,389.52
Trustee Allowance: $205.48
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008          By  /s/Heather M. Fagan